THE PEOPLE OF THE STATE OF NEW YORK, Respondent *v.* JULIUS ZEIF, Appellant.

Submitted October 6, 1947; decided October 17, 1947.

643

*Isaac Rubin, Milton D. Jacobs* and *Albert M. Annunziata* for appellant.

*George M. Fanelli, District Attorney (John C. Marbach* of counsel), for respondent.

Judgments reversed and information dismissed upon the ground that the admissible evidence was not sufficient to warrant a finding of the guilt of the defendant beyond a reasonable doubt. No opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.